UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA MCDANIEL and EDWARD MCDANIEL,

                Plaintiff,

-against-

REVLON, INC., et al.,

                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020
```

20 **CIVIL** 1711 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 4, 2020, the plaintiffs' motion to voluntarily dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) is granted; accordingly, this case is closed.

**Dated:** New York, New York

      May 5, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

            **BY:**

                                        **Deputy Clerk**