UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA MCDANIEL AND EDWARD MCDANIEL,

                Plaintiffs,

      - against -

REVLON, INC., INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST TO JEAN NATE,
AND WHITTAKER, CLARK & DANIELS,
INC.,

                Defendants.

20-cv-1711 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2021_

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on July 12, 2021, counsel for the defendant Revlon, Inc. ("Revlon") has requested that the Court strike Docket Entry Nos. 19 and 20 in this case. Revlon has represented that the Notice of Removal and a Rule 7.1 Corporate Disclosure Statement were filed in this action (Docket Entries Nos. 19 and 20), as the result of a clerical error, and that once Revlon realized the mistake, the Notice and Rule 7.1 Statement were filed in the correct case, 20-cv-03649-VSB. The plaintiff has consented to the plaintiff's request.

Revlon's request to strike is granted.  The Clerk is directed to strike Docket Nos. 19 and 20.

SO ORDERED.

Dated:    New York, New York
        July 12, 2021

                    John G. Koeltl
           United States District Judge